JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. FRIERSON, JR., <br> Petitioner, <br> v. <br> G.D. LEWIS, Warden, <br> Respondent. | Case No. CV 11-02735-DOC (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 14, 2011

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE